IPSCO, INC. AND IPSCO STEEL, INC., PLAINTIFFS, AND ALGOMA STEEL CORP., LTD. AND SONCO STEEL TUBE DIV., FERRUM, INC., PLAINTIFF-INTERVENORS *v.* UNITED STATES, DEFENDANT, AND LONE STAR STEEL CO., DEFENDANT-INTERVENOR

Court No. 86–06–00753

## JUDGMENT

RESTANI, *Judge*: This case having been submitted for decision and the Court, after deliberation, having rendered a decision therein; now, in conformity with that decision,

IT IS HEREBY ORDERED: that the results of the third remand are sustained, and this action is dismissed.

Dated: New York, New York. January 9, 1991.

IPSCO, INC. AND IPSCO STEEL, INC., PLAINTIFFS, AND ALGOMA STEEL CORP., LTD. AND SONCO STEEL TUBE DIV., FERRUM, INC., PLAINTIFF-INTERVENORS *v.* UNITED STATES, DEFENDANT, AND LONE STAR STEEL CO., DEFENDANT-INTERVENOR

Court No. 86–07–00853

## JUDGMENT

RESTANI, *Judge*: The Department of Commerce having reported on May 23, 1990, the results of the remand ordered by this Court, and the agency having stated in the results that the countervailing duty order should be vacated because the recalculated countervailing duty was *de minimis*, and no parties having opposed these remand results, and after deliberation,

IT IS HEREBY ORDERED: that the results of the third remand are sustained; that the Department of Commerce shall take appropriate action in conformity with the remand results; and that this action is dismissed.